UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-cv- 20368

ROBERT SARHAN
ANABELLA SOURY ET AL.

                                        STATE CASE NO: 12-07970 CA 01
                                        Previous Removal:1:18-cv-20088-JEM

      Plaintiff,

v.
H&H INVESTORS, a Florida corporation
RALPH HALIM, individually from H&H Investors, et. al
RAUL GASTESI, JR., attorney & individually
THOMAS SANDERS, attorney & individually
PATREEZE PEARCE, as court reporter and individually
WILLIAM P. WAKSHINSKY, (Brickell, Gomberg & Associates)
JUDGE JOSE M. RODRIGUEZ, in official and individual capacity
JUDGE RODNEY SMITH, in official and individual capacity
JUDGE LESLIE B. ROTHENBURG, in official and individual capacity
JUDGE GLENN SALTER, in an official and individual capacity
JUDGE THOMAS LOGUE, in an official and individual capacity
GEORGE L. PIRO, FBI
ALFREDO DURAN, FBI
CHRISTOPHER A. WRAY, FBI DIRECTOR
MIAMI DADE COUNTY
RON DE SANTIS GOVERNOR OF FLORIDA
_____ _____/

**DEFENDANT'S MOTION FOR RECONSIDERATION ON**
**ORDER ENTERED ON MARCH 5, 2019 AS TO MOTION FOR REMAND**

COMES NOW the Defendant, H&H Investors, by and through undersigned counsel, and hereby moves this Honorable Court, pursuant to the Federal Rules of Civil Procedure, and files this Motion for Reconsideration on Order Entered on March 5, 2019 as to Motion for Remand and would state:

1. Dr. Sarhan is a pro-se litigant. He used the state court case number 12-07970-CA-01 to file his removal yet filed a new action in Federal Court regarding the same matter.

Page 1 of 3

2. This case is Dr. Sarhan's second frivolous attempt at removal.

3. This second removal was filed on January 28, 2019. Attached as Exhibit "A" and "B" are the notices of removal filed in the state court.

4. On March 5, 2019 this Court entered an Order denying H&H INVESTORS' Motion for Remand to State Court and to Declare Dr. Sarhan a Vexatious Litigant.

5. In said Order this Court stated that this matter was not removed from State Court thus a remand was not available under 28 U.S.C. sec 1447.

6. Under Rule 60 (a) of the Federal Rules of Civil Procedure, this Court may correct a clerical mistake or a mistake arising from oversight or omission.

7. Under Rule 60 (b)(1) of the Federal Rules of Civil Procedure this Court may relieve a party or its legal representative from an order due to mistake, inadvertence, surprise or excusable neglect.

8. Also, Rule 60 (b)(6) of the Federal Rules of Civil Procedure this Court may relieve a party or its legal representative from an order due to any other reason that justifies relief.

9. Due to the Notice of Removal filed in the State Court, an Order of Remand would serve to avoid the confusion created by Dr. Sarhan in the State Court proceeding, more precisely the sale of the subject property.

10. Although the case has been dismissed, in an abundance of caution, the Defendant, H&H INVESTORS, respectfully request that an Order of Remand to the State Court be entered.

WHEREFORE, H&H INVESTORS, requests that this court enter an Order to remand the case back to State Court, along with any other remedy the court may deem just and proper.

## CERTIFICATE OF SERVICE

  I hereby certify that on this 6th day of March 2019, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following at their email address on file with the Court and in addition a copy of this pleading is being sent via U.S. Mail to Robert Sarhan, 22795 SW 212 Ave, Miami, FL 33170:

Raul Gastesi, Jr., Esq.
Gastesi & Associates, P.A.
8105 N.W. 155 Street
Miami Lakes, FL 33016
Email: rgastesi@gastesi.com
  efiling@gastesi.com

Robert Sarhan
22795 SW 212 Ave
Miami, FL 33170
E-mail: drrob2007@yahoo.com

          Respectfully submitted,

          */s/ RAUL GASTESI, JR.*
          ATTORNEY FOR PLAINTIFF
          Raul Gastesi, Jr. Esq.
          Fla Bar No.: 825778
          Gastesi & Associates, P.A.
          8105 NW 155th Street
          Miami Lakes, Florida 33016
          E-mail: rgastesi@gastesi.com